The People of the State of New York, Respondent, v Raul Espino, Appellant. [954 NYS2d 881]

The court properly denied defendant's suppression motion. The People established the voluntariness of defendant's state-

ments beyond a reasonable doubt. The record supports the court's determination to credit the police testimony and to discredit the testimony of defendant (*see People v Prochilo*, 41 NY2d 759, 761 [1977]).

We perceive no basis for a reduction of sentence. Concur— Tom, J.P., Sweeny, Moskowitz, Renwick and Clark, JJ.